DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MICHAEL SMALL,

Appellant,

v.

LAURIE KLAP and JUANITA ROCCO,

Appellees.

No. 2D22-1227

_____

September 13, 2023

Appeal from the County Court for Pasco County; Kent Compton, Judge.

Michael Small, Appellant, pro se.

Laurie Klap, Appellee, pro se.

No appearance for Appellee Juanita Rocco.


PER CURIAM.

 Affirmed.


LaROSE, KHOUZAM, and ROSTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.